IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM C. PEREZ and | : | |
| FONDA PEREZ, | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| GEORGE BARDO, et al., | : | No. 11-376 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **17th** day of **March**, **2011**, upon consideration of Defendants' Motion to Dismiss, Plaintiffs' Response thereto, and for the reasons stated in this Court's Memorandum dated March 17, 2011, it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss (Document No. 8) is **GRANTED in part and DENIED in part**, as follows:

    a. Defendants' Motion is **GRANTED** as to Plaintiffs' allegations of recklessness against Defendants Durgin, O'Connors Express, Inc., and Southern Tier Custom Fabricators. These claims are **DISMISSED without prejudice**.

    b. Defendants' Motion is otherwise **DENIED**.

2. Plaintiffs shall file an Amended Complaint by April 4, 2011.

BY THE COURT:

_____
Berle M. Schiller, J.